IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARQUIS EDWARDS, | § § § | |
| *Plaintiff,* | § § § | SA-23-CV-00865-ESC |
| vs. | § § § | |
| GENERAL MOTORS, LLC, | § § § | |
| *Defendant.* | § | |

# CASE CLOSING ORDER

Before the Court in the above-styled cause of action is the parties' Stipulation of Dismissal [#21], by which Plaintiff and Defendant stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this 19th day of January, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE